IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIA CROOK, | |
| Plaintiff, | 8:21CV482 |
| vs. | |
| MAGNUM DEDICATED, INC., d/b/a MAGNUM TRUCKING, and DEBORAH PEREZ, | ORDER OF PARTY DISMISSAL |
| Defendants. | |

Pursuant to this Court's April 4, 2022, *Order to Show Cause* (Filing No. 6) and plaintiff's April 15, 2022 *Response* (Filing No. 7), Defendant Deborah Perez is hereby dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge