IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIA CROOK,<br><br>      Plaintiff,<br><br>vs.<br><br>MAGNUM DEDICATED, INC., and DEBORAH PEREZ,<br><br>      Defendants. | **8:21CV482**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 42). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay its own costs.

Dated this 20th day of September, 2023.

              BY THE COURT:

              s/ Joseph F. Bataillon
              Senior United States District Judge